IN THE DISTRICT COURT OF THE UNITED STATES ~~FILED~~

WESTERN DISTRICT OF TEXAS EN BANC PANEL 22 OCT 25  AM 10: 10

CLERK. U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

THE STATE OF TEXAS, ex rel;
Estates of Frank A. Wallace & Lisa F. Wallace,
By Successor Trustee, Stephen P. Wallace, and
All Texas Trust Estate Family's similarly situated,
  RICO CLASS ACTION PLAINTIFFS,

vs.

CASE NO.
1:22CV01079 LY

Jamie Dimon, JP Morgan Private Bank, James Inhofe,
Jack Kirkpatrick, Kevin Stitt, and John & Jane Does not
yet named,   RICO CLASS ACTION DEFENDANTS.


## RICO CLASS ACTION COMPLAINT
## Under Authority of [Title 18, USC; Section 1964]


## SUBJECT MATTER JURISDICTION

1 FEDERAL QUESTION JURISDICTION: Title 28, USC; Section 1331: This USDC for
the [WD TX] has Subject Matter Jurisdiction under [Title 18 USC; *1964], and by
virtue of sufficient Pleading, irrefutable FACTS of RECORD, and Expert Witness
Testimony, clearly articulating Violations of [Title 18, USC; Sections 1961 & 1962]
pled with "Specificity and Particularity".


## PARTIES

2 That the above Actos-in-Conversion continue to Conspire and Perpetrate their
Interstate RICO ENTERPRISE with Impunity, with Total Disregard for Human Life,
'Under Color of Law & Fiduciary', upon deceased Down syndrome Lisa F. Wallace
and Private Attorney General/Co-Victim, Stephen Wallace;

## CHRONOLOGY OF IRREFUTABLE FACTS OF RECORD

3 That commencing while Frank Wallace was dying from Cancer, the Wallace Family Trust/CPA counsel for decades covertly conspired these RICO Predicate Actors, et al; to "Sanitize & Spoliation of the Irrevocable 1974 Trust Indentures, to criminally eliminate Down syndrome LISA, as the Priority Beneficiary, and STEPHEN as the "Named/Appointed Successor Trustee", aka IDENTITY THEFT;

4 That immediately after Frank's death, Predicate Actors commence to illicitly LIQUIDATE All "Unique & irreplaceable large Realty tracts, including the very substantiate OIL & GAS RESERVES lying thereunder", under color of Law, via filing extensive sham Litigation vs. Wallace Family Estate Beneficiaries in the Tulsa County Probate court, with their former law partner presiding, who did Grant every Claim, most ex parte;

5 That Stephen then went to Chicago to alert CEO of Bank ONE, Jamie Dimon, of the sham predatory conversions of inalienable Rights to Life, Liberty & the Pursuit of Happiness by his own Tulsa Officers & Lawyers in criminal collusion;

6 That Jamie Dimon, sua sponte, removed the RES, SITUS & ADMINISTRATION of Frank's Irrevocable Trust ASSETS [50%] to the DFW HQ of Bank ONE, just before it was acquired by JP MORGAN, with DIMON named as CEO & Chairman;

7 That the CHRONOLOGY enclosed confirms, with Specificity and Particularity, of the Interstate RICO; KIDNAPPING; ABANDONMENT; FAILURE TO THRIVE of LISA, inflicting a horrid DEATH, just as was perpetrated upon **ROBBIE MIDDLETON**;

8 That the enclosed "VERIFIED CRIMINAL CHARGES COMPLAINT" was personally filed @ the Dallas FBI FIELD OFFICE by former Dallas FBI Supervisor, Davis Gillis and Stephen Wallace on the 5th of October, 2022, and emailed to the respective FBI Agents of Record on October 7th, 2022, with NOTICE to the Predicate Actors;

9 That since Governor Abbott & Solicitor General Stone have Waived any RIGHT to CLAIM the State's REPARATIONS, thus RICO Class Action Plaintiffs have now pledged any IRS consequences for Restitution to the to be incorporated, **"Texas Enterprise Fund FOUNDATION"**;

10 That the empaneled [WD TX] Jury will timely have NOTICE of the upcoming FBI's "Criminal Referral to Austin's US Attorney, ASHLEY C. HOFF, to compel the Multi-District GRAND JURY, sua sponte;

11 That Stephen P. Wallace request **WITNESS PROTECTION** from this **[WD TX] En Banc Panel**, as he continues to be Stalked for Abduction and Termination.

Respectfully submitted,

Stephen P. Wallace, Co-Victim & RELATOR
11305 Quail Creek Road
Oklahoma City, OK.  73120
(331) 575-2341

## AFFIDAVIT

I swear/affirm the foregoing is True under Penalty of Perjury.

County of _Travis_
State of _Texas_

Stephen P. Wallace appeared before me this _25_ day of October, 2022, and signed this Affidavit.

BRENDA RAMIREZ
Notary ID #133363260
My Commission Expires
September 29, 2025

Brenda Ramirez
Notary Public

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

LISA F. WALLACE, )
an incapacitated person, )
by and through her next friend, )
STEPHEN P. WALLACE, )
                 )
        Plaintiff, )
                 )
v. )        CASE No. 00CV-1086E(M)
                 )
THE DEPARTMENT OF HUMAN )
SERVICES OF THE STATE OF )
OKLAHOMA, )
ex rel., JOHN/JANE DOE, in their )
official capacity as District Supervisor )
for Tulsa County, Oklahoma; and )
                 )
PATRICIA WALLACE HASTINGS, )
Individually and as Curatrix of )
Lisa F. Wallace, and )
RONALD J. SAFFA, individually, )
                 )
        Defendant. )

FILED
JAN - 4 2001
Phil Lombardi, Clerk
U.S. DISTRICT COURT

## GUARDIAN *AD LITEM'S* MEMORANDUM BRIEF IN SUPPORT OF JURISDICTION

There are two statutes which provide a federal cause of action for the plaintiff,

Lisa F. Wallace, 42 U.S.C. §1983 and 42 U.S.C. §1985(3).

**42 U.S.C. §1983**

        Every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

42 U.S.C. §1983.

Exhibit



**EXHIBIT**
**1**



# D. James Kennedy
A.B., M.Div., M.Th., D.D., D.Sac.Lit., Ph.D., Litt.D., D.Sac.Theol., D. Humane Let.

February 27, 2004

The Honorable James M. Inhofe
United States Senate
Washington, DC 20510

Dear Senator Inhofe:

I believe that both you and I have received the same letter from Stephen P. Wallace of Tulsa, Oklahoma, concerning a relative, Lisa Wallace, who has apparently been deprived of her rights of freedom of association and attendance at church. Apparently there is a thirty million dollar family estate involved, which certainly complicates the matter.

I am only asking that you and your staff look into the matter and see if any wrong has been done, and if so, if there is any way that you might work to correct it.

Sincerely in Christ,

D. James Kennedy, Ph.D.
Senior Minister

DJK/mab

Cc: Stephen P. Wallace\

Senior Minister
Coral Ridge Presbyterian Church

Chancellor
Knox Theological Seminary

President
Evangelism Explosion
International

President and Speaker
Coral Ridge Ministries
Television and Radio

5555 N. Federal Highway
Fort Lauderdale, FL 33308
Telephone: 954-334-5101
Fax: 954-771-2952
E-mail: nbunker@crpc.org
Internet: www.crpc.org



LISA

**Permanent Repeal of Department of Human Services, et al., Adverse Possession of the Person and Property of Lisa F. Wallace, a developmentally disabled person (Introduced in Senate)**

S  # IS

# 108th CONGRESS

## S. #

To permanently repeal the Department of Human Services, et al., Adverse Possession of the Person and Property of Lisa F. Wallace, a developmentally disabled person

### IN THE SENATE OF THE UNITED STATES

APRIL____, 2004

Senators Don Nickles and Jim Inhofe introduced the following bill:

## A BILL

To permanently repeal the Department of Human Services, et al., Adverse Possession of the Person and Property of Lisa F. Wallace, a developmentally disabled person.

*Be it enacted by the and House of Representatives of the United States of America in Congress assembled.*

# SECTION 1. SHORT TITLE

This Act may be cited as the "Permanent Repeal of Department of Human Services, et al., Adverse Possession of Lisa F. Wallace, a developmentally disabled person of 2004."

# SECTION. 2. REPEAL OF ALL ORDERS REGARDING THE DEPARTMENT OF HUMAN SERVICES, et al., ADVERSE POSSESSION OF THE PERSON AND PROPERTY OF LISA F. WALLACE, A DEVELOPMENTALLY DISABLED PERSON OF 2004.

(a)  PERMANENT REPEAL OF ADVERSE POSSESSION -

(1) by striking all ORDERS denying Lisa F. Wallace "freedom of association"

(2) by striking all ORDERS denying Lisa F. Wallace unlimited and unconditional access to her brother and sisters"

1

(3) by striking any and all ORDERS regarding the funding from the Department of Human Services pursuant to the Homebound Case (Hissom Memorial) for Lisa F. Wallace and remanding her funding allocation back to D.H.S.

(b) CONFORMING AMENDMENTS –

(1) that Lisa F. Wallace have **PROVIDENT TRUST COMPANY** of Omaha, Nebraska, be appointed interim Trustee of the assets of Lisa F. Wallace, having extensive knowledge and past interaction as an independent third party fiduciary;

(2) that Lisa F. Wallace have **Union Bank & Trust** of Lincoln, Nebraska, be appointed as interim Receiver of the assets of Lisa F. Wallace, and authorized herein to conduct a forensic audit by **Dana Cole & Co.**, of Lincoln, Nebraska, as both Union Bank & Trust and Dana F. Cole & Co., have extensive knowledge and past interaction as an independent third party fiduciary, in compliance with the **Sarbannes-Oxley Act of 2003.**

(3) that the current full-time (24/7) caregiver organization, **Premier Community Services,** be retained as having extensive personal knowledge, care and past supervision of Lisa F. Wallace's daily personal care.

(4) That a Permanent Home be purchased in Trust for Lisa F. Wallace at 6414 E. 96th Street, Tulsa, OK. 74137 on the Mill Creek Pond, a waterfowl sanctuary.

(c) EFFECTIVE DATE – The amendments made under this section shall take effect on the enactment of this Act.

## SECTION 3. PERMANENT REPEAL OF DEPARTMENT OF HUMAN SERVICES, et al., ADVERSE POSSESSION OF THE PERSON AND PROPERTY OF LISA F. WALLACE, A DEVELOPMENTALLY DISABLED PERSON.

That Lisa F. Wallace, a developmentally disabled person, be granted, permanent repeal of the Department of Human Services, et al., Adverse Possession of her Person and Property granted by the U.S. Constitution pursuant to Federal statutes **42 U.S.C. § 1983 and 42 U.S.C. § 1985 (3),** and time is of the essence to intervene in Lisa F. Wallace's "failure to thrive", **due to the Adverse Possession of her Person, her Property and her Faith.**



J. ALOYSIUS HOGAN
LEGISLATIVE DIRECTOR

453 RUSSELL BUILDING
UNITED STATES SENATE     WASHINGTON, DC 20510
THE HONORABLE JAMES M. INHOFE     (202) 224-3107
OKLAHOMA     (202) 228-0380 FAX
EMAIL: ALOYSIUS_HOGAN@INHOFE.SENATE.GOV



Cynthia Janssen Vukmer
Legislative Assistant

453 Russell Building
United States Senate     Washington, DC 20510
The Honorable James M. Inhofe     (202) 224-4721
Oklahoma     (202) 228-0380 fax
email: cynthia_vukmer@inhofe.senate.gov

BRIDGES INVESTMENT COUNSEL, INC.
8401 WEST DODGE ROAD, SUITE 256
OMAHA, NEBRASKA 68114-3493

TELEPHONE (402) 758-5558
TELEFAX 402-397-8617

May 24, 2004

Mr. William B. Harrison, Jr.
Chairman and Chief Executive Officer
J. P. Morgan Chase & Co.
270 Park Avenue
New York, NY 10017

Dear Mr. Harrison:

This letter is written on behalf of Stephen P. Wallace of Tulsa, Oklahoma. I am an investment adviser with residence and business in Omaha, Nebraska, where I have lived and practiced for 42 years. Our Firm is the continuation to the 208th registration with the Securities and Exchange Commission. There are approximately 60,000 registered investment advisers in the nation. I employ about 27 persons, and the Firm manages around $2 billion in client and trust customer assets. During my business career, I have started and successfully nurtured the first mutual fund organized under the laws of the State of Nebraska, a transfer agency business, and a state chartered trust company. These entities have business relationships in 27 states and several foreign countries. My secondary education was at Deerfield Academy in Deerfield, Massachusetts. I graduated Summa Cum Laude from the University of Nebraska in June, 1954. While I was a student, I received a Phi Beta Kappa Key and other honors. I received an MBA from Harvard University in June, 1956, and I continued on the faculty at Harvard Business School as a research assistant to George P. Baker and James J. Hill, Professor of Transportation, who later became the Dean of the School and, subsequently, the Trustee in bankruptcy for the Penn Central Railroad.

Mr. Wallace has sent you a letter dated May 3, 2004, in which he wishes your attention regarding his family affairs with the Trust Division of Bank One, N.A., located in Tulsa. Mr. Wallace wished me to indicate to you that a private trust company under our care would be willing to act as a successor to Bank One, N.A. and Union Bank and Trust Company in Lincoln, Nebraska, as a potential receiver for assets held either at the Trust Company of Oklahoma on behalf of his mother or the Frank A. Wallace Revocable Trust dated December 27, 1974. The major asset inside the Lorice T. Wallace Revocable Trust is the Lorice T. Wallace Family Limited Partnership. This letter serves to express our agreement to serve in the successor capacities desired by Mr. Wallace and his sister Roma Jage.

FROM :

MAY-24-04  13:47 FROM:BRIDGES INVESTMENT          ID.4823878017          may. 24 2004 4:46PM  P18
                                                                                    PAGE     8/8

Mr. William B. Harrison, Jr.                    2                    May 24, 2004

In my 45 years as an investment counselor and 12 years as the manager of Provident Trust Company, I have never seen a situation that deserves someone somewhere to stand up and find out the facts and provide appropriate relief to family members as principal and income beneficiaries than the situation faced by the family of Frank A. Wallace, deceased, and Lorice T. Wallace, deceased.

Bank One has a supervising officer for trust departments in Oklahoma and Texas by the name of Mark Clemons. This individual is someone who thought there was sufficient conflict of interest in Tulsa to move the administration of the Frank A. Wallace Trust to Dallas, Texas, in early 2003. This individual is competent and, I believe, compassionate. He described how difficult cases were handled within the Bank One system when protective administrative actions should occur. For some reason, his thinking or voice has been lost, and an overbearing and hurtful condition continues for the two family members referenced earlier in this letter. I urge you to respond to Mr. Wallace, and even though your Bank is not yet merged with Bank One, you should use your influence with Mr. Dimon and others to at least find a responsive way to address the concerns and ways to assist principal beneficiaries of his father's trust.

Thank you for your consideration in this matter on behalf of the Wallace family. For my part, our organization or its investment adviser has probably donated $10,000 to $25,000 in administrative time to set up the Wallace relationships. We have also paid for independent attorneys to see whether or not there were merits that should be considered and whether or not our organization should accept the Wallace trusts. Our institution refuses to participate in any litigation. In this matter, my interest, and that of our personnel, are only desirous of finding ways to unify family members and to be peacemakers.

Sincerely,

Edson L. Bridges II, CFA
President

ELB/lt:kjs

*IN THE DISTRICT COURT FOR TARRANT COUNTY*

**FILED**
**IN SUPREME COURT**
**OF TEXAS**

~~017~~ **209685.05** ~~STATE OF TEXAS~~

FEB - 7 2008

ANDREW WEBER, Clerk

BY_____Deputy

~~IN THE UNITED STATES DISTRICT COURT~~
~~OF THE NORTHERN DISTRICT OF TEXAS~~
~~FT. WORTH DIVISION~~

| | |
|---|---|
| LISA F. WALLACE, a developmentally disabled person, by and through her next friend, Stephen P. Wallace; Stephen P. Wallace, individually and all those similarly situated, | ) ) ) ) ) ) |
| Pauperis/Pro Se Plaintiffs, | ) ) ) |
| vs. | ) ) ) |
| James Dimon, individually and in his official capacity; William Harrison, individually and in his official capacity; Bank One, N.A. (Ft. Worth, Tx); Mark Clemons, individually and in his official capacity; and Doug Sherry, individually and in his official capacity, | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

**06-0102**

CASE NO.

JURY TRIAL DEMANDED

*ORIGINAL* <u>**COMPLAINT/PETITION FOR ACCOUNTING AND OTHER RELIEF**</u>

### I.    JURISDICTION

This action arises out of Breach of Contract/Breach of Trust & Fiduciary between citizens of different states pursuant to **DIVERSITY**. Plaintiffs seek to recover compensatory and punitive damages sustained, as a result of Defendants' conduct, along with the costs of this suit, interest and reasonable attorney/forensic fees. This Court's jurisdiction is invoked under Diversity.

### II.    PARTIES

1.    Plaintiffs, Lisa F. Wallace and Stephen P. Wallace, are presently and at all times set forth in this complaint as residents of the State of Oklahoma.

2.    James Dimon was a resident of Illinois during the alleged misconduct but is now a resident of New York.

3.    William Harrison is a resident of New York.



**EXHIBIT**

*tabbies* **D**

FILED
IN SUPREME COURT
OF TEXAS

FEB - 7 2006

ANDREW WEBER, Clerk
BY_____Deputy

No. ___06-0102___

**IN THE SUPREME COURT OF TEXAS**

---

Lisa F. Wallace, a developmentally disabled person,
by and through her next friend, Stephen P. Wallace;
Stephen P. Wallace, individually and all those similarly situated,

**Plaintiffs/Appellants/Petitioners**

v.

James Dimon, et al.
**Defendants/Appellees/Respondents**

---

**EMERGENCY PETITION FOR REVIEW**
**OF**
**APPEAL NO. 02-05-00197-CV**

**IN THE**
**COURT OF APPEALS**

**FOR THE SECOND DISTRICT OF TEXAS**
**FT. WORTH (TARRANT COUNTY), TEXAS**

---

**PETITIONERS RULE 53.1 FOR REVIEW**

---

February 4, 2006

Stephen P. Wallace
6528 E. 101st D-1, #304
Tulsa, Oklahoma 74133
(918) 694-1870

"2"

06 - 0540

IN SUPREME COURT OF TEXAS

JUN. 14. 2006  1:31PM  "2ND COURT OF APPEALS"

NO. 004   P. 1

OF TEXAS
JUL 0 3 2006
RECEIVED
REDONDEZ APPEALS
SECOND DISTRICT
BY _____ Deputy

'06  JUN 14  P1 :20

**COURT OF APPEALS
SECOND DISTRICT OF TEXAS
STATE OF TEXAS**

SARA F. WALLACE, a developmentally
disabled person, by and through her next friend,
Stephen P. Wallace; Stephen P. Wallace,
individually and all those similarly situated,

    Pauperis/Pro Se Plaintiffs,

vs.

James Dimon, individually and in his official
capacity; William Harrison, individually and in his
official capacity; Bank One, N.A. (Ft. Worth, Tx);
Mark Clemons, individually and in his official
capacity; and Doug Shedy, individually and in his
official capacity,

    Defendants.

Court of Appeals
Case # 02-05-00197-CV

Trial Court
Case # 17-209685-05

**REQUEST FOR THE COURT TO TAKE JUDICIAL NOTICE OF
MARCH 31, 2006 AMENDED FILING IN LOWER CASE AND
EMERGENCY MOTION FOR CLARIFICATION
ON APPELLEES DEFAULT**

COMES NOW, Pauperis/pro se Appellants, who request this Court to take judicial notice of amended filing of lower case on March 31, 2006 after reviewing this Court's REVERSED/RENDERED ORDER and move the Court for clarification state as follows:

Within 10 days of receipt of the REVERSED/RENDERED ORDER stating that the case was dismissed without prejudice, (Exhibit I), Appellants' filed their First Amendment ORIGINAL

Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STEPHEN P. WALLACE, ET AL.,

     Plaintiff(s)

          Civil Action No. **06-1817 RBW**

     v.

JAMES C. MILTON, ET AL.,

     Defendant(s)

RE:  JAMES M. INHOFE

### DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on ( 1/11/07 ) , and an affidavit on behalf of the plaintiff having been filed, it is this _1st_ day of ___March___, _2007_ declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____ /s/ Tawana Davis

                            Deputy Clerk

Case 1:22-cv-01079-RP    Document 1    Filed 10/25/22    Page 15 of 50

Guidance
Publications
 An Overview of the Senate Code of Conduct and Related Laws
 2003 Senate Ethics Manual
 Rules of Procedure of the Select Committee on Ethics
 Senate Code of Official Conduct
 Rules Governing Use of the Mailing Frank
 Interpretative Rulings of the Select Committee on Ethics
Forms
Links

Site Map Text Only

Search     **Go**

# Conflicts of Interest

**Basic Principles**

**Professional and Fiduciary Restrictions**

**Board and Officer Service**

**Teaching**

 **Criminal Conflicts of Interest** 

Members and staff are prohibited from receiving compensation for representing a third party in a matter in which the United States has an interest or is a party.  18 U.S.C. § 203.

Officers and employees, even without compensation, are prohibited from representing a third party in a matter in which the U.S. has an interest or is a party.  18 U.S.C. § 205.

*return to top*

**Outside Earned Income Limit**

**Honoraria Ban**



**U.S. Code**

All Agencies, Latest Month
Prosecution Report
Not Available

Conviction Report
Not Available

All Agencies, Previous FY
3 Prosecutions
in Fiscal Year 2013

1 Conviction
in Fiscal Year 2013

Geographic Distribution
of Convictions for
All Agencies, FY 2013

### CITE

18 USC Sec. 203                                                    01/05/2009

### EXPCITE

TITLE 18 - CRIMES AND CRIMINAL PROCEDURE
PART I - CRIMES
CHAPTER 11 - BRIBERY, GRAFT, AND CONFLICTS OF INTEREST

### HEAD

Sec. 203. Compensation to Members of Congress, officers, and others
in matters affecting the Government

### STATUTE

(a) Whoever, otherwise than as provided by law for the proper
discharge of official duties, directly or indirectly -
(1) demands, seeks, receives, accepts, or agrees to receive or
accept any compensation for any representational services, as
agent or attorney or otherwise, rendered or to be rendered either
personally or by another -
(A) at a time when such person is a Member of Congress,
Member of Congress Elect, Delegate, Delegate Elect, Resident
Commissioner, or Resident Commissioner Elect; or
(B) at a time when such person is an officer or employee or
Federal judge of the United States in the executive,
legislative, or judicial branch of the Government, or in any
agency of the United States,
in relation to any proceeding, application, request for a ruling
or other determination, contract, claim, controversy, charge,
accusation, arrest, or other particular matter in which the
United States is a party or has a direct and substantial
interest, before any department, agency, court, court-martial,
officer, or any civil, military, or naval commission; or
(2) knowingly gives, promises, or offers any compensation for
any such representational services rendered or to be rendered at
a time when the person to whom the compensation is given,
promised, or offered, is or was such a Member, Member Elect,
Delegate, Delegate Elect, Commissioner, Commissioner Elect,
Federal judge, officer, or employee;
shall be subject to the penalties set forth in section 216 of
this title.
(b) Whoever, otherwise than as provided by law for the proper
discharge of official duties, directly or indirectly -
(1) demands, seeks, receives, accepts, or agrees to receive or
accept any compensation for any representational services, as
agent or attorney or otherwise, rendered or to be rendered either
personally or by another, at a time when such person is an
officer or employee of the District of Columbia, in relation to
any proceeding, application, request for a ruling or other
determination, contract, claim, controversy, charge, accusation,
arrest, or other particular matter in which the District of
Columbia is a party or has a direct and substantial interest,

before any department, agency, court, officer, or commission; or
    (2) knowingly gives, promises, or offers any compensation for
any such representational services rendered or to be rendered at
a time when the person to whom the compensation is given,
promised, or offered, is or was an officer or employee of the
District of Columbia;
shall be subject to the penalties set forth in section 216 of this
title.
    (c) A special Government employee shall be subject to subsections
(a) and (b) only in relation to a particular matter involving a
specific party or parties -
    (1) in which such employee has at any time participated
personally and substantially as a Government employee or as a
special Government employee through decision, approval,
disapproval, recommendation, the rendering of advice,
investigation or otherwise; or
    (2) which is pending in the department or agency of the
Government in which such employee is serving except that
paragraph (2) of this subsection shall not apply in the case of a
special Government employee who has served in such department or
agency no more than sixty days during the immediately preceding
period of three hundred and sixty-five consecutive days.
    (d) Nothing in this section prevents an officer or employee,
including a special Government employee, from acting, with or
without compensation, as agent or attorney for or otherwise
representing his parents, spouse, child, or any person for whom, or
for any estate for which, he is serving as guardian, executor,
administrator, trustee, or other personal fiduciary except -
    (1) in those matters in which he has participated personally
and substantially as a Government employee or as a special
Government employee through decision, approval, disapproval,
recommendation, the rendering of advice, investigation, or
otherwise; or
    (2) in those matters that are the subject of his official
responsibility,
subject to approval by the Government official responsible for
appointment to his position.
    (e) Nothing in this section prevents a special Government
employee from acting as agent or attorney for another person in the
performance of work under a grant by, or a contract with or for the
benefit of, the United States if the head of the department or
agency concerned with the grant or contract certifies in writing
that the national interest so requires and publishes such
certification in the Federal Register.
    (f) Nothing in this section prevents an individual from giving
testimony under oath or from making statements required to be made
under penalty of perjury.



## SOURCE

(Added Pub. L. 87-849, Sec. 1(a), Oct. 23, 1962, 76 Stat. 1121;
amended Pub. L. 91-405, title II, Sec. 204(d)(2), (3), Sept. 22,
1970, 84 Stat. 853; Pub. L. 99-646, Sec. 47(a), Nov. 10, 1986, 100
Stat. 3604; Pub. L. 101-194, title IV, Sec. 402, Nov. 30, 1989, 103
Stat. 1748; Pub. L. 101-280, Sec. 5(b), May 4, 1990, 104 Stat.
159.)

## PRIOR PROVISIONS

    A prior section 203, act June 25, 1948, ch. 645, 62 Stat. 692,
related to the acceptance or demand by district attorneys, or
marshals and their assistants of any fee other than provided by
law, prior to the general amendment of this chapter by Pub. L. 87-
849 and is substantially covered by revised section 201.
    Provisions similar to those comprising this section were
contained in section 281 of this title prior to the repeal of such
section and the general amendment of this chapter by Pub. L. 87-
849.

AMENDMENTS

Reproduced at the National Archives

  

Supreme Court, U.S.
FILED

**NOV 23 2009**

OFFICE OF THE CLERK

## No. 09A510

---

## SUPREME COURT OF THE UNITED STATES

---

STEPHEN P. WALLACE, a beneficiary and successor co-trustee of the
Lorice T. Revocable Trust dated December 26, 1974, as restated effective
October 5, 1993 and as amended February 12, 1998 and March 13, 2000,
and a beneficiary and successor co-trustee of the Frank A. Wallace
Revocable Trust dated December 24, 1974, and as amended,

Petitioner-Applicant,

v.

THE HONORABLE DAMAN H. CANTRELL,
Judge of the District Court of Tulsa County,

Respondent Trial Judge,

RONALD J. SAFFA, TRUST COMPANY OF OKLAHOMA,
and J. P. MORGAN CHASE BANK, N.A., successor in
interest to BANK ONE TRUST COMPANY, N. A.,

Real Parties in Interest.

---

On Application to Stay Enforcement of Order of Supreme
Court of Oklahoma Denying Writ of Mandamus

---

## APPLICATION TO INDIVIDUAL JUSTICE TO
## STAY ENFORCEMENT OF FINAL ORDER

---

RECEIVED

NOV 25 2009

OFFICE OF THE CLERK
SUPREME COURT, U.S.

Joan Godlove
Counsel of Record
2121 S. Columbia Avenue, Suite 500
Tulsa, Oklahoma 74114-3519
(918) 744-0201

Provided by Docket Alarm, Inc.

# Estate of Brooke R. Astor, Deceased, Donor, JP Morgan Chase Bank, N.A., and Howard A. Levine, Co-Temporary Administrators

## 023846-11 | United States Tax Court

Judge Judge Kerrigan

Case Type Tax

Filed Oct. 18, 2011

Last Updated: 2 years ago

| Filing Date | # | Docket Text |
|---|---|---|
| 12/28/2012 | 5924520 | STIPULATED DECISION ENTERED, Judge Kerrigan. Served: 12/28/2012 on Both. |
| 9/25/2012 | 5859982 | ORDER that jurisdiction is retained by Judge Kerrigan Parties by 12-18-12 file joint report or submit stipulated decision. Case continued from 10-22-12 New York, NY trial session. Served: 09/26/2012 on Both. |
| 5/25/2012 | | STANDING PRE-TRIAL ORDER attached to Notice of Trial Served: 05/25/2012 on Both. |
| 5/25/2012 | | NOTICE of Trial on 10/22/2012 at New York, NY. Served: 05/25/2012 on Both. |
| 12/9/2011 | | ANSWER by resp. Served: 12/13/2011 on Petitioner. |
| 11/17/2011 | | ENTRY OF APPEARANCE by James B. Ayers for petr. Howard A. Levine only. (Per CJ) Served: 11/17/2011 on Respondent. |
| 11/17/2011 | 5633285 | ORDER that caption of case is amended. Served: 11/17/2011 on Respondent. |
| 10/26/2011 | 5618257 | ORDER that caption of case is amended. Served: 10/26/2011 on Both. |
| 10/18/2011 | | REQUEST for Place of Trial at New York, NY Served: 10/26/2011 on Respondent. |
| 10/18/2011 | | PETITION Filed:Fee Paid Served: 10/26/2011 on Respondent. |

Docket Alarm, by Fastcase



Let's Make Dallas
Even Better

Oct 24, 2022
Dallas, TX
80° F

Menu

Subscribe 

Cover Story

# The Widow, the Bank, and the $8 Billion Verdict

After her husband died, Jo Hopper spent eight years fighting the bank administering the estate. She won
a record-setting judgment. But will JPMorgan Chase ever pay up?

By Joseph Guinto  |  January 1, 2018  |  10:15 am



**Everything you need to know. Every Sunday.**    

Get a timely and relevant recap of Dallas' best news stories from
the week plus a primer for the days ahead.

Subscribe to D Brief Now

## AG PAXTON:

Today I am Executing "VERIFIED CRIMINAL CHARGES" against ALL THE INTERSTATE PREDICATE INTERLOPER/USURPER ACTORS whom PERPETRATED FRAUD ON THE TARRANT COUNTY COURT RECORDS; IDENTITY THEFT; FORGED DEEDS; AGGRAVATED BREACHES OF TRUST IRS TAX EVASION; ***AGGRAVATED NEGLIGENT MANSLAUGHTER of LISA F. WALLACE***; INTERSTATE WIRE & BANK FRAUD, et al., and perpetrated "UNDER COLOR OF LAW" ! [Title18, USC; Sections 241/242]; & [Title 21,USC; Section 848] Continuing Criminal Enterprise !

Please timely Advise & confirm same with TEXAS SECURITIES COMMISSION RE: JP MORGAN/BANK ONE ON-GOING CRIMINAL INVESTIGATIONS...Will CONTACT YOU AFTER USPS Confirmation RECEIPT...   Stephen P. Wallace @ (331) 575-2341 in Aurora, IL.

---------- Forwarded message ---------
From: Stephen Wallace <spaul.wallace@gmail.com>
Date: Wed, Feb 26, 2020, 12:22 PM
Subject: Fwd: Fw: LIFE SAVING CARE DONATION for TINSLEE LEWIS
To: <ken.paxton@oag.texas.gov>, Governor Rick Perry <invite@governor.state.tx.us>
Cc: <IndependentJustice@outlook.com>

## *AG PAXTON:  < RE: CRIMINAL CHARGES on TARRANT COUNTY COURTS, Et AL.>*

*Both the GOVERNOR & You have come to Tinslee's SALVATION, which enclosed is irrefutable EVIDENCE that the TARRANT COUNTY COURTS & THE APPEALS COURT have "SANITIZED THE COURT RECORDS", via JP MORGAN'S powerful law firm, JACKSON WALKER, which [5th Circuit Case #:[0:2007cr11283; Jackson, Edith], is VERIFIED by Officer of the Court, JOAN GODLOVE !*

*Please REPLY if I should FILE a VERIFIED CRIMINAL COMPLAINT to your OFFICE with [cc:] to the GOVERNOR ?  URGENT REPLY REQUESTED !*

*Co-VICTIM with Downs syndrome deceased sister, LISA WALLACE...Stephen P. Wallace, @ (331) 575-2341 (cell/text) @ 1116 Sheffer Road  Apt. F;  Aurora, IL. 60505*

---------- Forwarded message ---------
From: **Stephen Wallace** <spaul.wallace@gmail.com>
Date: Fri, Feb 7, 2020 at 10:47 AM
Subject: Fwd: Fw: LIFE SAVING CARE DONATION for TINSLEE LEWIS



**Cause No.  PR-11-3238-1**

FILED

2022 MAY 10  PM 12:01

IN RE: Estate of Max Hopper, Deceased

JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

In the Probate Court

BY_____DEPUTY

**JO N. HOPPER, Plaintiff**

**v.**                                                         **No. 1**

**JP Morgan Chase Bank, NA, et al. Defendants**

**THE STATE OF TEXAS, ex rel; Estate of Frank A. Wallace,**
**Deceased, by Successor Trustee, Stephen P. Wallace, and**
**All TEXAS TRUST ESTATE FAMILY'S similarly situated,**
                         **3rd Party RICO Petitioners,**
**v.**

**JAMIE DIMON, JP MORGAN PRIVATE BANK,**
**JACKSON WALKER, et al., STATE RICO Respondents.**

## PARTIES

**3rd Party RICO Petitioners seek QUI TAM State RICO CLAIMS, individually, and a CLASS;**

## JURISDICTION

**All Parties hereto were adversely subject to & Victims of, JP MORGAN Entities in Dallas,**
**therefore Subject Matter Jurisdiction is proper;**

## IRREFUTABLE STATEMENT OF FACTS

**1 That around 1998, having Frank's death in 1990, and NONE of his Irrevocable Trust Assets**
**Distributed per Indenture, Stephen ["SPW"] confronted then Bank ONE'S CEO, Jamie**
**Dimon's Chicago office, with the holocaust being perpetrated upon the Wallace heirs by his**
**Tulsa Bank officers and lawyers;**

**2 That DIMON then transferred the RES; SITUS & ADMINISTRATION of Frank's Trust Assets to**
**the DFW HQ c/o Mark Clemons, EVP; [Bank ONE merged into JP Morgan]**

3 That Clemons then came to Tulsa to assure Lorice, SPW's mother & Co-Trustee, that there would only be professional co-management of All Wallace Family Assets per the "Guarantee FEE Money Back Policy" if not satisfied;

4 That thereafter, the same Tulsa Actors colluded with JP Morgan Dallas VP's & their lawyers, JACKSON WALKER, compelling CLEMONS to Resign rather than be Complicit in their "Standard MO SCHEME", under color of Fiduciary;

5 That Dimon, JP Morgan Private Bank & Jackson Walker perpetrated their "Standard MO SCHEME", to criminally convert & divert the $100+ million Wallace Family Estate for their sole use & benefit, under color of Law & Fiduciary, the EXACT MO previously used to criminally convert the vast $350 million JOHN JACOB ASTOR ESTATE in New York, with JP Morgan being Appointed he RECEIVER PENDENTE LITE, which became Permanent;

6 That ACTORS "DEPRIVED & DENIED ANY DISTRIBUTIONS" to LORICE, nor SPW, yet did continue to CHURN SECURITIES & TRADES of JP MORGAN Securities, and criminally did Liquidate "unique & irreplaceable large commercial Realty tracts, including the Plugging of 12 PRODUCING Oil & Gas Wells, in the famous GLENPOOL RESERVOIR, still producing for Conoco/Phillips;

7 That having been DENIED ANY DISTRIBUTION, Lorice was being covertly induced with DEPAKOTE by the pharmacist, whose brother who is still the Lead Predicate Tulsa Actor, which Mayo Clinic neurologist, Dr. Stevens could, and did, cause her Congestive Heart Failure and Death in 2003;

8 That SPW, a non-lawyer (resume attached), diligently sought RELIEF in Tarrant County were the FAW Trust was re-assigned to assure the "SCHEME WOULD NOT FAIL", yet SPW continued his Family's Quest For Justice, securing a sham "Transfer Back to Tulsa County" by then Judge Davis, was successfully appealed as a "Reverse & RENDER", but with No Justice;

9 That ACTORS sought to wear SPW down as a Pro Se/Pauperis VICTIM, with his Down syndrome sister, LISA, being KIDNAPPED; ABANDONED & Infliction of Failure To Thrive, did ultimately perpetrate her Death, pulling her Life Support, by her sister, Patricia Hastings;

10 That not until SPW heard the national news that Fort Worth black baby, Tinslee Lewis, was also going to have her hospital Life Support removed for failure to continue Payment, did SPW notify her mother; the NAACP, which SPW was a member, then requesting the Tarrant County court clerk to proffer All the CASES FILED, yet THERE WERE NONE of RECORD, prompting SPW to contact TEXAS SUPREME COURT for the APPEALS he Filed, which were Not Sanitized/Spoliated; (see CASES enclosed)

**11** That SPW then searched and found that JP MORGAN had lost an $8 Billion Verdict in Dallas County for the same Aggravated Breaches

## COUNT 1 – STATE RICO

**12** That 3rd PARTY RICO Qui Tam Petitioners allege that this is a STATEWIDE SCHEME, and the MO for JP Morgan, and it's CEO, JAMIE DIMON, perpetrated NATIONWIDE, but still ongoing in TEXAS, with "specificity & particularity" herein;

### REMEDY SOUGHT

That the Tarrant County officials are only Witnesses, and No Charge levied against them, including Tarrant County DA WILSON, who is now a Witness to the Tarrant County Events, thus leaving Dallas County DA, John Creuzot, a well-seasoned Prosecutor, to determine while the Qui Tam CASE is temporarily SEALED, if he has irrefutable Evidence to JOIN for the STATE, and Dallas County would earn a "Preferred Priority Distribution "of the Restitution Levied by the STATE upon JP MORGAN to make a Statement, "Don't Mess With Texas Trust Estate Family's, under color of Fiduciary", including potential Suspension of JP Morgan's TX. Banking License !   *NOTE: A TX. Multi-County GRAND JURY may be an Option after Discovery*.

(cc:) Dallas County DA Creuzot

Respectfully submitted,

*[signature]*

214 W. 6th Street, Irving, TX.  75060
(331) 575-2341
spaulwallace@yahoo.com

### AFFIDAVIT

I swear/affirm the foregoing is true and correct.

*[signature]*

State of _Texas_
County of _Dallas_
Stephen P. Wallace signed this before me this _10_ day, May, 2022

SEVERO CASTILLO
Notary Public
STATE OF TEXAS
My Comm. Exp. 09-13-22
Notary ID # 1071837-9

*[signature]*
**Notary Public**

## FW: Texas Enterprise Fund

From: Terry Zrubek (terry.zrubek@gov.texas.gov)

To:     spaulwallace@yahoo.com

Cc:     WilliamJackson@gov.texas.gov

Date:  Monday, May 23, 2022 at 11:35 AM CDT

Mr. Wallace, please fill out the attached form to begin the process.

Thanks,

Terry

**From:** Stephen Wallace <spaulwallace@yahoo.com>
**Sent:** Monday, May 23, 2022 11:22 AM
**To:** William Jackson <William.Jackson@gov.texas.gov>
**Cc:** Terry Zrubek <Terry.Zrubek@gov.texas.gov>
**Subject:** Re: Texas Enterprise Fund

**[EXTERNAL SENDER]** - Do not click on links or open attachments in unexpected messages.

Yes, and thank you for your timely response.. will forward the Beneficiary chronology in [3 PDF'S] next. . Steve

On Monday, May 23, 2022, 10:17:18 AM CDT, William Jackson <william.jackson@gov.texas.gov> wrote:

Mr. Wallace,

Thank you for your interest in the Texas Enterprise Fund.  Would you be available for a Teams call this week?
Please let me know some available times for you and we will get it scheduled.

Thank you,

**William Jackson**

Finance Specialist – Office of Economic Development Finance

**Office of Governor Greg Abbott**

1100 San Jacinto, 3rd Floor | Austin, TX 78701

(512) 936-0256 | william.jackson@gov.texas.gov

www.gov.texas.gov

 Form-Gift_Grant.doc
74kB

Español        Office of the Texas Governor

## Texas Economic Development

Home    Why Texas?    Incentives & Financing    Small Business    International    Resources    About Us

Home ▸ Incentives & Financing ▸ Texas Enterprise Fund

# Texas Enterprise Fund

The Texas Enterprise Fund (TEF) awards "deal-closing" grants to companies considering a new project for which one Texas site is competing with other out-of-state sites. The fund serves as a performance-based financial incentive for those companies whose projects would contribute significant capital investment and new employment opportunities to the state's economy.

## Who Can Apply?

Companies planning a new project including a facility opening or expansion, with significant projected job creation and capital investment, where a single site in Texas is actively competing with at least one viable out-of-state option.

## Type of Incentive

"Deal-closing" cash grants are calculated according to a uniform analytical model for each applicant. Award amounts are calculated on the average wage of new employees, taking into account the expected hiring timeline and number of jobs created, with per-employee award amounts subject to adjustment based on the company's total proposed capital investment.

### In This Section

### Incentives & Financing

Texas Enterprise Fund

Event Trust Funds

Governor's University Research Initiative (GURI)

Texas Enterprise Zone Program

Product Development and Small Business Incubator Fund

Texas Travel Industry Recovery Grant

Texas Small Business Credit Initiative

Industrial Revenue Bonds

Capital Access Program

Spaceport Trust Fund

Economic Development & Diversification In-State Tuition for Employees

Opportunity Zones

### Texas Business Incentives & Programs



# OFFICE OF THE GOVERNOR

### Request for Approval for a **Gift, Grant, Reimbursement, or Donation** to the Office of the Governor

*Donations to the Office of the Governor (OOG) by state agencies, state universities, and state colleges do not have to be reported on this form.*

**DONOR INFORMATION** - *This section is to be filled out by the Donor.*

**Legal Name of Entity Making Donation:** ___Stephen P. Wallace_____

**Billing Address:** ____6412 E. 96ᵗʰ Street_____

**Phone Number:** __(331) 575-2341_____ **Email Address:** spaulwallace@yahoo.com_____

**The Donor is a(n):** *(check all that apply)*

☒ Individual ☐ For-profit business ☐ Non-profit entity or charity ☐ Local or Federal Government

☐ Partnership ☐ LLP ☐ LLC ☐ Corporation ☐ Other (explain): __Individual Donation to TEF, if a non-profit, or TEF Foundation to be formed_____

**Is the donation being made by a person who has been a registered lobbyist with the Texas Ethics Commission at any time during the last two years?** ☐ Yes ☒ No

If yes, will this donation be reported on a lobby activities report filed with the Texas Ethics Commission? ☐ Yes ☐ No

**Donation value:** $_TBD_____ **Detailed description of the donation:** Restitution/Reparations from ESTATE RECOVERY from JP MORGAN PRIVATE BANK, et al._____

**Will donor be directly paying for services or will donor be reimbursing OOG for incurred costs?**

☒ Direct payment ☐ Reimbursement

**I acknowledge:** that this donation is being made to the OOG with the intent that it be used for a lawful public purpose in accordance with Texas Government Code Section 401.101; that if this donation cannot be used as originally intended, the OOG, in its discretion, may use this donation for any other lawful public purpose; that neither I nor any entity that I represent is seeking, is entitled to, or will receive any special treatment, consideration or benefit as a result of this donation; and that I acknowledge I am authorized to sign on behalf of this entity.

Printed Name: __Stephen P. Wallace_____ Date: *May 26, 2022* ____05/26/2022_____

Signature: *Stephen P. Wallace*

**EMPLOYEE INFORMATION** - *This section is to be filled out by the requesting OOG employee.*

**Employee Name and OOG Division:** ____Terry Zrubek; William Jackson; and Adriana Cruz_____

**Will the donation pay for travel costs of a state business trip?** ☒ Yes ☐ No

If yes, does the donation cover the entire cost of the trip? ☒ Yes ☐ No

If no, what is the estimated remaining cost of the trip to the OOG? $_____

Number of OOG employees (including yourself) that will make this trip: ____3____

Dates of travel: *To Be Determined*

**A travel requisition form for the trip must be submitted to the Financial Services Division.**

## Fw: ESTATE RECOVERY DONATION to TEF Non-Profit Entity

From: Stephen Wallace (spaulwallace@yahoo.com)

To: judd.stone@oag.texas.gov; scheduling@gregabbott.com

Cc: terry.zrubek@gov.texas.gov; william.jackson@gov.texas.gov; dbgillis@yahoo.com; robmit@att.net; 1031ventures@gmail.com

Date: Thursday, May 26, 2022, 12:14 PM CDT

**Solicitor Judd Stone & Governor Abbott: <2nd PDF of 2>**

**TEXAS' TEF or TEF Foundation [TBF], will receive this substantial DONATION, but request that THE STATE OF TEXAS" timely INTERVENE to assure your Constituents, "DON'T MESS WITH TEXAS' FAMILY TRUSTS" !...  RSVP... Steve, RELATOR & Co-VICTIM**

—— Forwarded Message ——
**From:** Stephen Wallace <spaulwallace@yahoo.com>
**To:** Terry Zrubek <terry.zrubek@gov.texas.gov>; William Jackson <william.jackson@gov.texas.gov>
**Cc:** Dave Gillis <dbgillis@yahoo.com>; Robert Mitchell <robmit@att.net>; Fred Mercer <1031ventures@gmail.com>
**Sent:** Thursday, May 26, 2022, 11:17:41 AM CDT
**Subject:** Fw: ESTATE RECOVERY DONATION to TEF Non-Profit Entity

**Terry & William, please confirm that Adriana Cruz is in this Loop, and when you expect a Person to Person MEETING in Austin as soon as possible ?   Thank you... Steve**

—— Forwarded Message ——
**From:** "irvingplscan@gmail.com" <irvingplscan@gmail.com>
**To:** "spaulwallace@yahoo.com" <spaulwallace@yahoo.com>
**Sent:** Thursday, May 26, 2022, 11:12:52 AM CDT
**Subject:** ESTATE RECOVERY DONATION to TEF Non-Profit Entity

RSVP of RECEIPT & TIMELINE to Engage

Hello,
The attachment is the image(s) scanned by ScanEZ at the Irving Public Library Valley Ranch Branch.

Thank you.
http://www.singlecard.com/

image.pdf
593.1kB

HUMAN RESOURCES
RECEIVED
JUL 21 2022
ROUTE TO: _____
CC TO: _____

RECEIVED
IN SUPREME COURT
OF TEXAS

JUL 2 1 2022

BLAKE HAWTHORNE, Clerk
IN SUPREME COURT
OF TEXAS

**No. 22-0549**

IN THE SUPREME COURT OF TEXAS

---

IN RE:

THE STATE OF TEXAS, ex rel; Estate of Frank A. Wallace, deceased, by Successor Trustee, Stephen P. Wallace, and All Texas Trust Estate Family's similarly situated, 3rd Party RICO Petitioners,

v.

JAMIE DIMON, JP MORGAN PRIVATE BANK, JACKSON WALKER, LLP, et al; Real Parties-in-Interest,
Under Texas Organized Crime Statute, (Penal Code) Title 11, Ch. 71, Sec. 71.02

OROGINAL PROCEEDING FROM CAUSE No. PR-11-3238-1,
IN THE PROBATE COURT OF DALLAS COUNTY, TEXAS

**EMERGENCY MOTIONS FOR CHIEF JUSTICE NATHAN HECHT & EN BANC PANEL TO COMPEL GOVERNOR GREG ABBOTT & SOLICITOR GENERAL JUDD STONE TO ENTER AN APPEARANCE TO JOIN PETITIONER'S FOR THE STATE, AND 2ND REQUEST FOR ORDER TO COMMENCE THE SPECIAL PURPOSE MULTI-COUNTY GRAND JURY, WITH BRIEF IN SUPPORT**

Stephen P. Wallace
spaulwallace@yahoo.com
Co-Victim & RELATOR
11305 Quail Creek Rd.
Oklahoma City, OK. 73120

July 21st, 2022
**<HAND DELIVERED>**

Stephen P. Wallace
11305 Quail Creek Rd.
Oklahoma City, OK.  73120
(331) 575-2341
spaulwallace@yahoo.com

September 6th, 2022

## FOR SETTLEMENT PURPOSES ONLY FINALE

Jamie Dimon
David Frame
Elaine Agathar
JP MORGAN PRIVATE BANK

Dear JPM Officers:

Please take NOTICE that Petitioners' are proceeding to FILE CHARGES and a CLASS ACTION, per the magnitude of the "compounding of the Predicate Acts, under color of Fiduciary", in the [WD TX].

Robert Mitchell, Esq., was our original counsel aka Expert Witness, and former 1st Asst. DA in OK. County, serving as Chief of White Collar Crime, who was the Whistleblower in the largest conviction of County Commissioners in the US, with the then OKC US Attorney.

Robert has the Limited Power of Attorney herein to receive a JPM Private Bank Settlement Offer of the "Non-Prosecution Agreements", previously proffered of Record, *within (3) business days of receipt.*

Enclosures
[cc:] Robert Mitchell, Esq.
Bridges Trust Company
Dave Gillis, former Dallas FBI Supervisor

## Fw: Scan from Austin Public Library

From:  Stephen Wallace (spaulwallace@yahoo.com)

To:    jamie.dimon@jpmorgan.com; david.frame@jpmorgan.com; elaine.agather@jpmorgan.com

Cc:    robmit@att.net; bmiles@bridgestrust.com; dbgillis@yahoo.com

Date:  Tuesday, September 6, 2022 at 02:01 PM CDT

## IN RE: FOR SETTLEMENT PURPOSES ONLY FINALE

----- Forwarded Message -----
**From:** Austin Public Library <lib-ace-smtp@austintexas.gov>
**To:** "spaulwallace@yahoo.com" <spaulwallace@yahoo.com>
**Sent:** Tuesday, September 6, 2022 at 01:52:58 PM CDT
**Subject:** Scan from Austin Public Library

The document you scanned is attached.

Number of Images: 11
Attachment File Type: PDF

Device Name: Austin Public Library
Device Location: Carver Library

Austin Public Library
library.austintexas.gov
512-974-7400

 img-906135601-0001.pdf
4MB

Stephen P. Wallace
11305 Quail Creek Road
Oklahoma City, Oklahoma 73120
(331) 575-2341
spaulwallace@yahoo.com

October 5th, 2022

FBI Field Office
One Justice Way
Dallas, Texas 75220

*and Kidnapping* RICO

## VERIFIED CRIMINAL CHARGES COMPLAINT

Comes now, Stephen P. Wallace, a Co-Victim of the Compounding Criminal Acts enclosed, resulting in the "***MANSLAUGHTER & NEGLIGENT HOMICIDE***" of Down syndrome Victim, **LISA FRANCES WALLACE,** by JAMIE DIMON; JAMES INHOFE; JACK KIRKPATRICK; KEVIN STITT; PATRICIA & WILLIAM HASTINGS; RONALD SAFFA; JAMES MILTON, et al., all having confessed Texas FBI Jurisdiction by their Predicate Acts of RECORD.

### AFFIDAVIT

I swear/affirm the Criminal Charges verified herein are true and correct, under penalty of perjury.

_Stephen P. Wallace_

Stephen P. Wallace, Co-Victim

Witnessed by Former FBI
Supervisor & Special Agent, Dave Gillis

_Dave Gillis_

Stephen P. Wallace & Dave Gillis appeared before me this 5th day, October, 2022, and signed this Affidavit

CAMPBELL SIDENER
Notary Public, State of Texas
Comm. Expires 11-08-2024
Notary ID 129197545

**Notary Public**

## Formal FBI Criminal Charges @ Dallas Field Office

From: Stephen Wallace (spaulwallace@yahoo.com)

To:    murbina@fbi.gov; andrea_anderson@fbi.gov; melissa_godbold@fbi.gov; oc_outreach@fbi.gov

Cc:    dbgillis@yahoo.com; robmit@att.net

Date:  Friday, October 7, 2022 at 04:45 PM CDT

Former Dallas FBI Supervisor, Davis Gillis and I were Not Admitted last Wednesday, but Security has Screened & Logged in our Check-in.. please engage with Davis and me in an Urgent Manner !  Co-Victim, Stephen Wallace

—— Forwarded Message ——
**From:** Staples Print & Marketing Services <ccreg07@staplesbusinesscenter.com>
**To:** spaulwallace@yahoo.com <spaulwallace@yahoo.com>
**Sent:** Wednesday, October 5, 2022, 02:27:18 PM CDT
**Subject:** Scan from Staples

Please find the scanned documents from Staples attached to this email.  -Staples Print and Marketing Services

staples_scan.pdf
1.5MB

ARE YOU A LEGAL PROFESSIONAL?
Visit Our Professional Site
(http://lp.findlaw.com/)

Learn About the Law (http://public.findlaw.com)    Find a Lawyer (http://lawyers.findlaw.com)

Search FindLaw    [Search]

FindLaw (http://www.findlaw.com) » Learn About The Law (http://public.findlaw.com) » Criminal Law (http://criminal.findlaw.com) » Criminal Charges (http://criminal.findlaw.com/criminal-charges.html) » Kidnapping

Instant Online Background Check
First Enter Name & State

# Kidnapping

[29]   [30.4K]

Download article as a PDF (http://files.findlaw.com/pdf/criminal/criminal.findlaw.com_criminal-charges_kidnapping.pdf)

Under federal and state law, kidnapping is commonly defined as the taking of a person from one place to another against his or her will, or the confining of a person to a controlled space. Some kidnapping laws require that the taking or confining be for an unlawful purpose, such as extortion (http://criminal.findlaw.com/criminal-charges/extortion.html) or the facilitation of a crime. A parent without legal custody rights may be charged with kidnapping for taking his or her own child, in certain circumstances.

Public Arrest Records
Enter Name & State Then View
Arrest Records Instantly!
○ ○

Federal criminal code (18 U.S.C. § 1201 (http://codes.lp.findlaw.com/uscode/18/I/55/1201)) makes kidnapping a serious felony offense, with prison sentences of 20 or more years, depending on prior convictions and the circumstances of the case. Federal law prosecutes international parental kidnapping under a different code (18 U.S.C. § 1204 (http://codes.lp.findlaw.com/uscode/18/I/55/1204)), allowing for three-year prison sentences upon conviction.

See State Kidnapping Laws (http://statelaws.findlaw.com/criminal-laws/kidnapping/) for a state-by-state directory and What Legal Remedies are Available if a Parent Abducts a Child? (http://family.findlaw.com/child-custody/what-remedies-are-available-if-a-parent-abducts-a-child.html) for additional information.

[29]   [30.4K]   [40]   [210]

### Next Steps

Contact a qualified criminal lawyer to make sure your rights are protected.

(http://lawyers.findlaw.com/lawyer/state.jsp) (e.g., Chicago, IL or 60611)

[Find Lawyers]

### Help Me Find a Do-It-Yourself Solution

- Criminal Discovery Forms (http://secure.uslegalforms.com/cgi-bin/forms/continue-category.pl?nGb4mwmrKc6tye8tohmBNpAgeh4A66tye6tQpAhCmpArB6tye6tnKwtGcehBoo0nooWeVcKloo6txWqReSi)
- Motion for Continuance Forms (http://secure.uslegalforms.com/cgi-bin/forms/continue-category.pl?nGb4mwmrKc6tye8tGbpArhCmr7KrNehB6tye6tQpAhCmpArB6tye6tnKwtGcehBoo0nooWeVcKloo6tx)
- Habeas Corpus Forms (http://secure.uslegalforms.com/cgi-bin/forms/continue-category.pl?nGb4mwmrKc6tye6tFKAdehKB6tGbpA4tG7B6tye6txehhCmhCmpArBoo0nooWeVcKloo6txWqReS)

## Find a Criminal Lawyer
Near You

**Legal Issue:**
(http://lawyers.findlaw.com/lawyer/practice.jsp)

Crimes Against the Person    ☑

**Location:**
(http://lawyers.findlaw.com/lawyer/state.jsp)

[Find Lawyers]

**Popular Directory Searches**
- Drug Charge Attorney (http://lawyers.findlaw.com/lawyer/practice/Criminal-Law)
- Assault Defense (http://lawyers.findlaw.com/lawyer/practice/Criminal-Law)
- White Collar Defense (http://lawyers.findlaw.com/lawyer/practice/White-Collar-Crimes)

## Criminal Charges

Alcohol Crimes (http://criminal.findlaw.com/criminal-charges/alcohol-crimes.html)

Attempt, Conspiracy and Aiding (http://criminal.findlaw.com/criminal-charges/attempt-conspiracy-aiding.html)

Crimes Against Children (http://criminal.findlaw.com/criminal-charges/crimes-against-children.html)

Crimes Against Justice (http://criminal.findlaw.com/criminal-charges/crimes-against-justice.html)

Crimes Against the Person (http://criminal.findlaw.com/criminal-charges/crimes-against-the-person.html)

Curfew Laws (http://criminal.findlaw.com/criminal-charges/curfew-laws.html)

Cyber Crimes (http://criminal.findlaw.com/criminal-charges/cyber-crimes.html)

Drug Charges (http://criminal.findlaw.com/criminal-charges/drug-charges.html)

Fraud and Financial Crimes (http://criminal.findlaw.com/criminal-charges/fraud-financial-crimes.html)

Homicide (http://criminal.findlaw.com/criminal-charges/homicide.html)

Property Crimes (http://criminal.findlaw.com/criminal-charges/property-crimes.html)

Public Safety Violations (http://criminal.findlaw.com/criminal-charges/public-safety-violations.html)

Sex Crimes (http://criminal.findlaw.com/criminal-charges/sex-crimes.html)

### FindLaw Answers

Recent Criminal Law Discussions

Theft-family property sold at auction in another state (http://boards.answers.findlaw.com/index.php/topic/235 theft-family-property-sold-at-auction-in-another-state/)
11/14/2015

# Texas Penal Code

# § 19.04
# Manslaughter

**(a)** A person commits an offense if he recklessly causes the death of an individual.

**(b)** An offense under this section is a felony of the second degree.

Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974. Renumbered from Penal Code Sec. 19.04 by Acts 1973, 63rd Leg., p. 1123, ch. 426, art. 2, Sec. 1, eff. Jan. 1, 1974. Amended by Acts 1987, 70th Leg., ch. 307, Sec. 1, eff. Sept. 1, 1987. Renumbered from Penal Code Sec. 19.05 and amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994.

*Location:* https://texas.public.law/statutes/tex._penal_code_section_19.04

*Original Source: Section 19.04 — Manslaughter,* http://www.statutes.legis.state.tx.us/Docs/PE/htm/PE.19.htm#19.04 (last accessed Jun. 7, 2021).


CapitalOne Shopping
The coupon-finding browser extension
PROMO CODES AVAILABLE
SEE FRE

# Texas Penal Code

# § 19.05
# Criminally Negligent Homicide

**(a)** A person commits an offense if he causes the death of an individual by criminal negligence.

**(b)** An offense under this section is a state jail felony.

Acts 1973, 63rd Leg., p. 883, ch. 399, Sec. 1, eff. Jan. 1, 1974. Renumbered from Penal Code Sec. 19.06 by Acts 1973, 63rd Leg., p. 1123, ch. 426, art. 2, Sec. 1, eff. Jan. 1, 1974. Renumbered from Penal Code Sec. 19.07 and amended by Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994.

*Location:* https://texas.public.law/statutes/tex._penal_code_section_19.05

*Original Source: Section 19.05 — Criminally Negligent Homicide,* http://www.statutes.legis.state.tx.-us/Docs/PE/htm/PE.19.htm#19.05 (last accessed Jun. 7, 2021).

## Managed Detection and Response

☰ FindLaw.    Find a Lawyer (https://lawyers.findlaw.com)    Legal Forms & Services (https://www.findlaw.com/f    Search legal topics

(https://www.findlaw.com) Enter legal issue and location

Criminal Defense in Dallas, Texas

🔍
My legal issue

∨    Criminal Defense

I need help near (city, ZIP code or county)

**FIND MY LAWYER >**

...

FINDLAW (HTTPS://WWW.FINDLAW.COM) / LEARN ABOUT THE LAW (HTTPS://WWW.FINDLAW.COM/LAW.HTML) /
STATE LAWS (HTTPS://WWW.FINDLAW.COM/STATE.HTML) / TEXAS LAW (HTTPS://WWW.FINDLAW.COM/STATE/TEXAS-LAW.HTML) /
TEXAS RACKETEERING / RICO LAWS

# Texas Racketeering / RICO Laws

*Created by FindLaw's team (https://www.findlaw.com/company/our-team.html) of legal writers and editors | Last updated
February 28, 2018*

They say that everything's big in Texas. Criminal organizations are no exception. Texas racketeering and RICO laws have
been developed in order to put a stop to gangs and other kinds of organized criminal activities. The following chart
provides an overview of these laws including links to the statute and other relevant information.

| | |
|---|---|
| **Statute** | Texas Organized Crime Statute (https://codes.findlaw.com/tx/penal-code/penal-sect-71-02.html) (Penal Code, Title 11, Chapter 71, Section 71.02) |
| **Elements of Racketeering and RICO Offenses** | Racketeering is a violation of federal laws and Texas state law. Racketeering (https://www.findlaw.com/criminal/criminal-charges/racketeering-rico.html) is the criminal act of engaging in illegal business or acts run as part of organized crime. RICO (Racketeer-Influenced and Corrupt Organization) laws make it illegal for criminal organizations (i.e. the mafia, or other like-minded criminal organizations) to profit from other legitimate businesses (i.e. extortion (https://www.findlaw.com/criminal/criminal-charges/extortion.html)) or to run their own legitimate businesses. The goal is to stop the flow of income to criminal organizations that ultimately use the profits to fund their illegal activities.

**Example:** A criminal organization forced local businesses on a particular street block to make weekly payments to them in exchange for "protection" from crimes against their business such as vandalism or robberies. The "protection" offered is really protection from members of their own organization who, if not paid, would commit crimes against these businesses and threaten their livelihoods. |
| **Defenses Against Racketeering/RICO Charges** | Depending on the actual crime involved the defenses will vary and are specific to any given crime. Some additional defenses that may be available are:

• The defendant was not a member of the criminal organization
• The defendant did not have knowledge that his actions were furthering the agenda of a criminal organization |

## Can I Solve This on My Own an Attorney?

✔ Complex criminal defense situations
lawyer

✔ Defense attorneys can help protect yo

✔ A lawyer can seek to reduce or elimin
penalties

Get tailored advice and ask your legal questi
attorneys offer free consultations.

◉ If you need an attorney, find one right
(https://lawyers.findlaw.com/lawyer/prac
law/texas?fli=esurn)

## Popular Directory Searches

• Family Lawyers
(https://lawyers.findlaw.com/lawyer/practice
law)
• Accident Attorneys
(https://lawyers.findlaw.com/lawyer/practice
injury-plaintiff)
• Criminal Lawyers
(https://lawyers.findlaw.com/lawyer/practice
law)

PENAL CODE

TITLE 11. ORGANIZED CRIME

CHAPTER 71. ORGANIZED CRIME

Sec. 71.01.  DEFINITIONS.  In this chapter,

(a)  "Combination" means three or more persons who collaborate in carrying on criminal activities, although:

(1)  participants may not know each other's identity;

(2)  membership in the combination may change from time to time; and

(3)  participants may stand in a wholesaler-retailer or other arm's-length relationship in illicit distribution operations.

(b)  "Conspires to commit" means that a person agrees with one or more persons that they or one or more of them engage in conduct that would constitute the offense and that person and one or more of them perform an overt act in pursuance of the agreement.  An agreement constituting conspiring to commit may be inferred from the acts of the parties.

(c)  "Profits" means property constituting or derived from any proceeds obtained, directly or indirectly, from an offense listed in Section 71.02.

(d)  "Criminal street gang" means three or more persons having a common identifying sign or symbol or an identifiable leadership who continuously or regularly associate in the commission of criminal activities.

Added by Acts 1977, 65th Leg., p. 922, ch. 346, Sec. 1, eff. June 10, 1977. Amended by Acts 1989, 71st Leg., ch. 782, Sec. 1, eff. Sept. 1, 1989;  Acts 1991, 72nd Leg., ch. 555, Sec. 1, eff. Sept. 1, 1991;  Acts 1993, 73rd Leg., ch. 900, Sec. 1.01, eff. Sept. 1, 1994;  Acts 1995, 74th Leg., ch. 318, Sec. 23, eff. Sept. 1, 1995.


Sec. 71.02.  ENGAGING IN ORGANIZED CRIMINAL ACTIVITY.  (a)  A person commits an offense if, with the intent to establish, maintain, or participate in a combination or in the profits of a combination or as a member of a criminal street gang, the person commits or conspires to commit one or more of the following:

(1)  murder, capital murder, arson, aggravated robbery, robbery, burglary, theft, aggravated kidnapping, kidnapping, aggravated assault,

aggravated sexual assault, sexual assault, continuous sexual abuse of young child or disabled individual, solicitation of a minor, forgery, deadly conduct, assault punishable as a Class A misdemeanor, burglary of a motor vehicle, or unauthorized use of a motor vehicle;

(2)  any gambling offense punishable as a Class A misdemeanor;

(3)  promotion of prostitution, aggravated promotion of prostitution, or compelling prostitution;

(4)  unlawful manufacture, transportation, repair, or sale of firearms or prohibited weapons;

(5)  unlawful manufacture, delivery, dispensation, or distribution of a controlled substance or dangerous drug, or unlawful possession of a controlled substance or dangerous drug through forgery, fraud, misrepresentation, or deception;

(5-a) causing the unlawful delivery, dispensation, or distribution of a controlled substance or dangerous drug in violation of Subtitle B, Title 3, Occupations Code;

(6)  any unlawful wholesale promotion or possession of any obscene material or obscene device with the intent to wholesale promote the same;

(7)  any offense under Subchapter B, Chapter 43, depicting or involving conduct by or directed toward a child younger than 18 years of age;

(8)  any felony offense under Chapter 32;

(9)  any offense under Chapter 36;

(10)  any offense under Chapter 34, 35, or 35A;

(11)  any offense under Section 37.11(a);

(12)  any offense under Chapter 20A;

(13)  any offense under Section 37.10;

(14)  any offense under Section 38.06, 38.07, 38.09, or 38.11;

(15)  any offense under Section 42.10;

(16)  any offense under Section 46.06(a)(1) or 46.14;

(17)  any offense under Section 20.05 or 20.06;

(18)  any offense under Section 16.02; or

(19)  any offense classified as a felony under the Tax Code.

(b)  Except as provided in Subsections (c) and (d), an offense under this section is one category higher than the most serious offense listed in Subsection (a) that was committed, and if the most serious offense is a Class A misdemeanor, the offense is a state jail felony, except that the offense is a felony of the first degree punishable by imprisonment in the Texas Department of Criminal Justice for:

...

FINDLAW (HTTPS://LP.FINDLAW.COM/)   /   CODES (HTTPS://CODES.FINDLAW.COM/)   /   TEXAS (HTTPS://CODES.FINDLAW.COM/TX/)   /
PENAL CODE (HTTPS://CODES.FINDLAW.COM/TX/PENAL-CODE/)   /   § 32.45

# Texas Penal Code - PENAL § 32.45. Misapplication of Fiduciary Property or Property of Financial Institution

Current as of April 14, 2021 | Updated by FindLaw Staff (https://www.findlaw.com/company/our-team.html)

Welcome to FindLaw's Cases & Codes, a free source of state and federal court opinions, state laws, and the United States Code. For more information about the legal concepts addressed by these cases and statutes, visit FindLaw's Learn About the Law (https://www.findlaw.com/law.html).

## Search Texas Statutes

**Search by Keyword or Citation**

Enter Keyword or Citation                                                                 **SEARCH**

« Prev (https://codes.findlaw.com/tx/penal-code/penal-sect-32-441)          Next » (https://codes.findlaw.com/tx/penal-code/penal-sect-32-46)

(a)  For purposes of this section:

  (1)  "Fiduciary" includes:

   (A)  a trustee, guardian, administrator, executor, conservator, and receiver;

   (B)  an attorney in fact or agent appointed under a durable power of attorney as provided by Subtitle P, Title 2, Estates Code;

   (C)  any other person acting in a fiduciary capacity, but not a commercial bailee unless the commercial bailee is a party in a motor fuel sales agreement with a distributor or supplier, as those terms are defined by Section 162.001, Tax Code (https://1.next.westlaw.com/Link/Document/FullText?findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000185&refType=LQ&originatingDoc=Ic18ef940fd1311eab5dcf3bf79c7 and

   (D)  an officer, manager, employee, or agent carrying on fiduciary functions on behalf of a fiduciary.

  (2)  "Misapply" means deal with property contrary to:

   (A)  an agreement under which the fiduciary holds the property;  or

   (B)  a law prescribing the custody or disposition of the property.

(b)  A person commits an offense if he intentionally, knowingly, or recklessly misapplies property he holds as a fiduciary or property of a financial institution in a manner that involves substantial risk of loss to the owner of the property or to a person for whose benefit the property is held.

(c)  An offense under this section is:

  (1)  a Class C misdemeanor if the value of the property misapplied is less than $100;

  (2)  a Class B misdemeanor if the value of the property misapplied is $100 or more but less than $750;

  (3)  a Class A misdemeanor if the value of the property misapplied is $750 or more but less than $2,500;

Latest Blog Posts

- Lawyer Reprimanded for Coded Sexism in Court (https://www.findlaw.com/legalblogs/greedy associates/lawyer-reprimanded-for-coded-sexism-in-court/)
- Supreme Court Allows Biden Administration to End 'Remain in Mexico' Program (https://www.findlaw.com/legalblogs/supreme court/supreme-court-allows-biden-administration-to-end-remain-in-mexico-program/)
- Four Tips for Managing Difficult Client Conversations (https://www.findlaw.com/legalblogs/strategi tips-for-managing-difficult-client-conversations/)
- Can Sentient AI Break the Law? (https://www.findlaw.com/legalblogs/practic of-law/can-sentient-ai-break-the-law/) View More » (https://www.findlaw.com/legalblogs/)

(4)  a state jail felony if the value of the property misapplied is $2,500 or more but less than $30,000;

(5)  a felony of the third degree if the value of the property misapplied is $30,000 or more but less than $150,000;

(6)  a felony of the second degree if the value of the property misapplied is $150,000 or more but less than $300,000;  or

(7)  a felony of the first degree if the value of the property misapplied is $300,000 or more.

(d)  An offense described for purposes of punishment by Subsections (c)(1)-(6) is increased to the next higher category of offense if it is shown on the trial of the offense that the offense was committed against an elderly individual as defined by Section 22.04 (https://1.next.westlaw.com/Link/Document/FullText? findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000182&refType=LQ&originatingDoc=Ic18fe3a0fd1311eab5dcf3bf79c76e

(e)  With the consent of the appropriate local county or district attorney, the attorney general has concurrent jurisdiction with that consenting local prosecutor to prosecute an offense under this section that involves the state Medicaid program.

‹ Prev (https://codes.findlaw.com/tx/penal-code/penal-sect-32-441)      Next › (https://codes.findlaw.com/tx/penal-code/penal-sect-32-46)

Cite this article: FindLaw.com - Texas Penal Code - PENAL § 32.45. Misapplication of Fiduciary Property or Property of Financial Institution - *last updated April 14, 2021* | https://codes.findlaw.com/tx/penal-code/penal-sect-32-45.html (https://codes.findlaw.com/tx/penal-code/penal-sect-32-45.html)

Read this complete Texas Penal Code - PENAL § 32.45. Misapplication of Fiduciary Property or Property of Financial Institution on Westlaw (https://1.next.westlaw.com/Document/I1CEBF860E95511EA9FC186A013DC5108/View/FullText.html? originationContext=documenttoc&transitionType=CategoryPageItem&contextData=(sc.Default))

FindLaw Codes may not reflect the most recent version of the law in your jurisdiction. Please verify the status of the code you are researching with the state legislature or via Westlaw before relying on it for your legal needs.

⬆ BACK TO TOP



## FindLaw.

**Questions?**
At FindLaw.com, we pride ourselves on being the number one source of free legal information and resources on the web. Contact us. (https://www.findlaw.com/company/contact-us/contacts.html)

**Stay up-to-date with how the law affects your life.** Sign up for our consumer newsletter.

ENTER YOUR EMAIL ADDRESS

ABOUT US › (https://www.findlaw.com/company.html)

Our Team (https://www.findlaw.com/company/our-team.html)

Accessibility (https://www.findlaw.com/company/our-commitment-to-accessibility.html)

Contact Us (https://www.findlaw.com/company/contact-us/contacts.html)

FIND A LAWYER › (https://lawyers.findla

By Location (https://lawyers.findlaw.com/lawye

By Legal Issue (https://lawyers.findlaw.com/lav

By Lawyer Profiles (https://lawyers.findlaw.com/profile/profiles/la

By Name (https://lawyers.findlaw.com/lawyer/lawyer_dir

**SELF-HELP RESOURCES**

Legal Forms & Services (https://www.findlaw.com/forms.html)

# Texas Property Code
# § 114.008
# Remedies for Breach of Trust

**(a)** To remedy a breach of trust that has occurred or might occur, the court may:

**(1)** compel the trustee to perform the trustee's duty or duties;

**(2)** enjoin the trustee from committing a breach of trust;

**(3)** compel the trustee to redress a breach of trust, including compelling the trustee to pay money or to restore property;

**(4)** order a trustee to account;

**(5)** appoint a receiver to take possession of the trust property and administer the trust;

**(6)** suspend the trustee;

**(7)** remove the trustee as provided under Section 113.082 (Removal of Trustee);

**(8)** reduce or deny compensation to the trustee;



**(9)** subject to Subsection (b), void an act of the trustee, impose a lien or a constructive trust on trust property, or trace trust property of which the trustee wrongfully disposed and recover the property or the proceeds from the property; or

**(10)** order any other appropriate relief.

**(b)** Notwithstanding Subsection (a)(9), a person other than a beneficiary who, without knowledge that a trustee is exceeding or improperly exercising the trustee's powers, in good faith assists a trustee or in good faith and for value deals with a trustee is protected from liability as if the trustee had or properly exercised the power exercised by the trustee.

Added by Acts 2005, 79th Leg., Ch. 148 (H.B. 1190), Sec. 21, eff. January 1, 2006.

*Location:* https://texas.public.law/statutes/tex._prop._code_section_114.008

*Original Source: Section 114.008 — Remedies for Breach of Trust,* http://www.statutes.legis.state.tx.-us/Docs/PR/htm/PR.114.htm#114.008 (last accessed Jun. 7, 2021).



HOT     HOT     HOT

WIKIPEDIA

# Spoliation of evidence

**Spoliation of evidence** is the intentional, reckless, or negligent withholding, hiding, altering, fabricating, or destroying of evidence relevant to a legal proceeding.[1] Spoliation has three possible consequences: in jurisdictions where the (intentional) act is criminal by statute, it may result in fines and incarceration (if convicted in a separate criminal proceeding) for the parties who engaged in the spoliation; in jurisdictions where relevant case law precedent has been established, proceedings possibly altered by spoliation may be interpreted under a *spoliation inference*, or by other corrective measures, depending on the jurisdiction; in some jurisdictions the act of spoliation can itself be an actionable tort.[2]

The spoliation inference is a negative evidentiary inference that a finder of fact can draw from a party's destruction of a document or thing that is relevant to an ongoing or reasonably foreseeable civil or criminal proceeding: the finder of fact can review all evidence uncovered in as strong a light as possible against the spoliator and in favor of the opposing party.

## Contents

Theory
*Brookshire Brothers Ltd. v. Aldridge*
Tampering with evidence
See also
References

# Theory

The theory of the spoliation inference is that when a party destroys evidence, it may be reasonable to infer that the party had "consciousness of guilt" or other motivation to avoid the evidence. Therefore, the factfinder may conclude that the evidence would have been unfavorable to the spoliator. Some jurisdictions have recognized a spoliation tort action, which allows the victim of destruction of evidence to file a separate tort action against a *spoliator*.[3]

While spoliation of evidence most often shows up in civil cases with allegations that the defendant allowed videos, photos or physical evidence to be destroyed, spoliation is also an issue where a person claims he has been injured by a defective product which he then discarded or lost.[4] In that circumstance, the defendant manufacturer or distributor may move to dismiss the case on the basis of spoliation (instead of just having to rely on the plaintiff's usual burden of proof, the argument being that any testimony of plaintiff's witnesses would not overcome the spoliation inference born of the lost evidentiary value of the missing product itself).[5]

Finally, some states have case law or code sections allowing parties to recover civil damages for the act of



### Convenient, Affordable Legal Help - Because We Care!

(https://uslegal.com/)

Search All of USLegal, Inc        Sea

USLegal (https://uslegal.com/) › Legal Definitions (https://definitions.uslegal.com/) ›
F (https://definitions.uslegal.com/f/) › Fraud on the Court

# Fraud on the Court Law and Legal Definition

Fraud on the court occurs when the judicial machinery itself has been tainted, such as when an attorney, who is an officer of the court, is involved in the perpetration of a fraud or makes material misrepresentations to the court. Fraud upon the court makes void the orders and judgments of that court.

In Bulloch v. United States, 763 F.2d 1115, 1121 (10th Cir. 1985), the court stated "Fraud upon the court is fraud which is directed to the judicial machinery itself and is not fraud between the parties or fraudulent documents, false statements or perjury. ... It is where the court or a member is corrupted or influenced or influence is attempted or where the judge has not performed his judicial function --- thus where the impartial functions of the court

Attorney Help
(https://lawyers
*Legal Definition:*
*(https://definitio*
Legal Q&A Onli
(https://answer
US Legal Forms
(https://www.u
Legal Topics
(https://uslegal
/legal-topics/)

Get the USLe
Last Will Con
Legacy Package
protect your fa
today!

 

includes your
Power of Attor
Living Will a

WIKIPEDIA

# Murder of Robbie Middleton

**Robbie Middleton** (June 28, 1990 – April 29, 2011) was an American boy from Splendora, Texas, who on his eighth birthday in 1998 was tied to a tree, doused in gasoline, and set on fire. He suffered third-degree burns to 99% of his body and endured 150 operations, before dying at age 20 from a skin cancer that doctors attributed to his original injuries.

Just prior to his death, Robbie, the son of Bobby and Colleen Middleton, left a 27-minute video testimony on his deathbed naming the perpetrator who he believed had torched him as Don Wilburn Collins (born 1985), at the time a 13-year-old neighbor of the Middletons.[1] Collins had allegedly raped Middleton in the same location of the torching just two weeks earlier and Collins's attempt to murder Middleton was to ensure that Middleton would never reveal the secret.[2] Though Collins was detained in connection with the assault, he was later released because of insufficient evidence.[3]

In 2001, Collins, age 16 at the time, had been jailed for sexually assaulting another eight-year-old boy and served time in jail. He also served time for failing to register as a sex offender and was released from prison on September 5, 2011.[4]

In 2011, Middleton died of a rare form of cancer which was linked to the more than 150 surgeries and skin grafts which he received over his lifetime. A coroner ruled Middleton's death a homicide, and Collins was tried for the crime. On February 9, 2015, a jury convicted Collins of murder in the death of Robbie Middleton. Prosecutors say that Collins could serve up to 40 years in prison,[5][6] but Collins' defense attorneys pledged to appeal the conviction.[3] An appeal was lodged on the basis that the trial court's decision to try Collins as an adult for a crime he committed as a juvenile was an *ex post facto* violation of his rights. This appeal was rejected on March 29, 2017.[7]

In December 2011 the Middleton family was granted $150 billion in compensation by the jury. Though symbolic, this is the biggest compensation ever awarded in court (more than the Florida tobacco verdict from 2000 of $145 billion, which was overturned).[8]

# References

1. *The Daily Mirror*: Boy tied to tree and set alight on his 8th birthday - but makes deathbed video naming attacker (https://www.mirror.co.uk/news/real-life-stories/boy-tied-tree-set-alight-6530579)
2. *Huffington Post*: Robbie Middleton, Boy Set On Fire, Said In Deathbed Video Don Collins Raped Him Before Attack (http://www.huffingtonpost.com/2012/10/17/robbie-middleton-video_n_197353 3.html)
3. Miller, Doug (February 9, 2015). "Don Collins guilty of capital murder in death of Robbie Middleton" (http://www.khou.com/story/news/crime/2015/02/09/jury-deliberates-fate-of-robbie-mid dletons-accused-attacker/23139347/). *KHOU 11 News*. Retrieved February 9, 2015.
4. Erik Ortiz (17 October 2012). "Texas boy burned at 8 says in deathbed video that attacker raped him beforehand" (http://www.nydailynews.com/news/crime/texas-boy-burned-8-claims-earlier-rape -article-1.1186128). *The New York Daily News*. Retrieved 20 October 2012.
5. *Houston Chronicle*: 'Burned boy' case leaves scars on victim's family (http://www.houstonchronicl e.com/neighborhood/woodlands/news/article/Burned-boy-case-leaves-scars-on-victim-s-family-60 81966.php#photo-7503336)



—— This undated family photo shows Robbie Middleton, who was allegedly doused with gasoline and set on

Extraordinary Circumstances exist where "equitable tolling of the statute of limitations is warranted" for the KLAN Defendants of Record whom were & are in 'covert collusion and concealment' of the EVIDENCE to prosecute Claims of their "outrageous & heinous conduct" upon VICTIMS.
_**Infliction of Emotional Duress; Wrongful Incarceration; Attempted Murder; AKA**_ violating the UN Convention on TORTURE, just as the WW II Jewish Victims of the HOLOCAUST, have continued to successfully adjudicate Claims, CIVIL & CRIMINAL, against their Perpetrators to DATE !

[see Hilao v. Estate of Marcos, 103 F .3d 767, 773 (9th Cir. 1996);]

[see Rosner v. USA,  231 F Supp .2d 1202, 1209 (SD FL 2002);]

[see Bodner v. Banque Paribus, 114 F Supp .2d 117 (ED NY 2000);]

[see Richards v. Mileski, 662 F .2d 65 (DC Cir. 1981)]

**Stephen P. Wallace**
**1116 Sheffer Road Apt. F**
**Aurora, Illinois 60505**
**(630) 995-1195**
**<spaul.wallace@gmail.com>**

**_Georgetown University_**, Language & Linguistics-**1979**; Then moved to Kuwait for merchant banking relationships; then retained by Al-Sayassah Publishing to join their Netherlands office.

**_Thunderbird Global_**, Glendale, AZ.-**1974**; Masters of International Management & Finance.

**_Southern Methodist University_**, Dallas, TX.-**1973**; _Masters of Business Administration/Finance_.

**_Loyola University_**, Chicago, IL.-**1971**; Bachelor of Arts in Political Science, Spending Junior Year ['69/'70] @ the Loyola Rome Center, Italy, studying International Law & Realty Development.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

**_INDEPENDENT U.S. SENATE Candidate_** (OK); **_2008 & 2010_**; vs. James Inhofe & Tom Coburn.

**_Independent Justice Institute, LLC_**, Washington DC-**1997 to Present**; Formed originally as a non-profit Watchdog group monitoring judicial/legal malfeasance/misfeasance operating 'under color of law' by the Washington, DC prominent Firm, [Webster, Chamberlain & Bean] ; then as a for-profit Litigation Management Company (LMO), for **_Global Collection Services_**.

**_River Oaks Development Corporation_**, Tulsa, OK. -**1990 to 2000**; Master Planned (300 acre) upscale golf residential community lying on over a mile of scenic Arkansas River frontage.

**_Burnham Park Plaza ReHab_**, Chicago-**1985**; Procured over **_$15 million Re-Development_** Equity Limited Partnerships Interests for Rehab of former Burnham YMCA into upscale condo/apts.

**_Wallace Investments_**, Tulsa, OK. -**1984 to 2000**; **Realty/Oil & Gas Development** of extensive Family Realty Holdings and the Oil & Gas Reserves lying thereunder.

**_World Trade Services, Inc._**, Tulsa & Houston.-**1976 to 1979**; President & Founder of Oklahoma Export Management Company (EMC), specializing in logistics for chartering ships & expediting drilling equipment worldwide. Secured **_Caterpillar International_** as main Client.

**_Parker Drilling Company_**, Tulsa & Houston. - **1974 to 1976**; Financial Planning & Control Analyst for all Global Drilling Operations, as the largest land drilling company in the world. Extensive travel for interaction with all global subsidies and their administrative officers.

**Activities:** Retired Tae Kwon Do Karate Black Belt & Budweiser Sponsored Tournament Soccer Player.