IN THE DISTRICT COURT OF THE UNITED STATES
WESTERN DISTRICT OF TEXAS EN BANC PANEL

FILED
22 NOV -9 PM 12: 24
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

**THE STATE OF TEXAS, ex rel;**
**Estates of Frank A. Wallace, Lisa F. Wallace,**
**And Lorice T. Wallace (All Deceased), by**
**Successor Trustee, Stephen P. Wallace, and**
**All Texas Trust Estate Family's similarly situated,**
  **Amending and Adding,**
**US "IRS/CID" by Whistleblower, Stephen P. Wallace,**
    **RICO CLASS ACTION PLAINTIFFS,**

CASE #: 1:22-cv-01079
Hon. Chief Judge Orlando L. Garcia
And the EN BANC PANEL

vs.

Jamie Dimon, JP Morgan Private Bank, James Inhofe,
Jack Kirkpatrick, Kevin Stitt, Trust Company of Oklahoma,
Robert Lorton, Sr., Thomas Wilkens, James Milton,
Ronald J. Saffa, James Weger, Morrel Law PLLC, and
John & Jane Does not yet named,
    RICO CLASS ACTION DEFENDANTS.

**\*\*SECOND EMERGENCY MOTION FOR HON. CHIEF JUDGE ORLANDO L. GARCIA TO ISSUE THE "WITNESS PROTECTION ORDER, SUA SPONTE", REQUESTED FOR THE ["4TH TIME"], THAT WILL LEAVE RICO CLASS ACTION PLAINTIFFS NO OTHER CHOICE BUT TO SEEK REDRESS FROM THE 5TH CIRCUIT JUDICIARY COMMITTEE**

1 That under the FRCP, Chief Judge Orlando L. Garcia shall issue a RULING on the instant ["*4th Emergency Motion for Protective ORDER*"], sua sponte & instanter;
2 That No Party has Objected, thus Chief Judge has a **non-discretionary DUTY** to GRANT said Witness Protection ORDER, in the Interest of Justice of RICO Counts;
**November 9th, 2022**

*Stephen P. Wallace*

**CERTIFICATE of SERVICE**

I certify that All Interested Parties received this Document today via PDF.

*Stephen P. Wallace*

Query    Reports    Utilities    Help    Log Out

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
### CIVIL DOCKET FOR CASE #: 1:22-cv-01079-LY

| | |
|---|---|
| Wallace v. JP Morgan Private Bank et al | Date Filed: 10/25/2022 |
| Assigned to: Judge Lee Yeakel | Jury Demand: Plaintiff |
| Cause: 28:1331 Fed. Question | Nature of Suit: 470 Racketeer/Corrupt Organization |
| | Jurisdiction: Federal Question |

**Plaintiff**

Stephen P. Wallace     represented by     Stephen P. Wallace
11305 Qual Creek Road
Oklahoma City, OK 73120
PRO SE

V.

**Defendant**

**JP Morgan Private Bank**
*David Frame*

**Defendant**

**James M. Inhofe**

**Defendant**

**Jack Kirkpatrick**

**Defendant**

**Kevin Stitt**

**Defendant**

**Jamie Dimon**

**Defendant**

**John or Jane DOE**

**Defendant**

**Trust Company of Oklahoma**

**Defendant**

**Thomas Wilkens**

**Defendant**

Robert Lorton, Sr.

**Defendant**

James Milton

**Defendant**

James Weger

**Defendant**

Ronald J. Saffa

**Defendant**

Morrel Law PLLC

| Date Filed | # | Docket Text |
|---|---|---|
| 10/25/2022 | 1 | COMPLAINT ( Filing fee $ 402 receipt number 476), filed by Stephen P. Wallace. (Attachments: # 1 Receipt, # 2 Civil Cover Sheet)(rn) (Entered: 10/25/2022) |
| 10/25/2022 |  | DEMAND for Trial by Jury by Stephen P. Wallace. (rn) (Entered: 10/25/2022) |
| 10/25/2022 |  | Case assigned to Judge Lee Yeakel. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (rn) (Entered: 10/25/2022) |
| 10/25/2022 |  | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Howell (rn) (Entered: 10/25/2022) |
| 10/25/2022 | 2 | Summons Issued as to All Defendants. (rn) (Entered: 10/25/2022) |
| 10/31/2022 | 3 | SUMMONS RETURNED EXECUTED by Stephen P. Wallace. Jamie Dimon served on 10/28/2022, answer due 11/18/2022; James M. Inhofe served on 10/28/2022, answer due 11/18/2022; JP Morgan Private Bank served on 10/28/2022, answer due 11/18/2022; Kevin Stitt served on 10/28/2022, answer due 11/18/2022. (Attachments: # 1 Memo in Support)(cc3) (Entered: 11/01/2022) |
| 11/02/2022 | 4 | FIRST AMENDED COMPLAINT filed by Stephen P. Wallace.(cc3) (Entered: 11/03/2022) |
| 11/04/2022 | 5 | EMERGENCY MOTION for Hon. Chief Judge Orlando L. Garcia to issue the "Witness Protection Order, Sua Sponte", Requested since Inception of Rico Class Action Case Filed on October 25th, 2022, and for the state to advance expenses, pending reimbursement to the state by order of Hon. Orlando L. Garcia from State Reparations by Stephen P. Wallace. (cc3) (Entered: 11/04/2022) |

| PACER Service Center |||
|---|---|---|
| Transaction Receipt |||
| 11/09/2022 09:16:45 |||
| **PACER Login:** ij0075 | **Client Code:** | |